U.S. Bankruptcy Court

I am claiming a refund due to me in the amount of 1,292.06

case #
05-40546

Sincerely,

Melanie Barbeau

6120 Fireside Drive
Mason, Ohio 45040

513-544-6490

FILED
07 DEC -4 AM 11:21
KENNETH JORDAN
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO