**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 28, 2008**

Lawrence S. Walter
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:  MELANIE BARBEAU,

    *Debtor*

Case No.   05-40546

Judge L. S. Walter
Chapter 7

**ORDER DENYING MOTION FOR WITHDRAWAL OF UNCLAIMED FUNDS**

On December 4, 2007, a letter was received from Melanie Barbeau (the "Movant"), pro se debtor, requesting a refund of unclaimed funds in the amount of $1,292.06. For purposes of this Order, the Court will treat the letter as a Motion for Withdrawal of Unclaimed Funds (the "Motion") (Doc. 33).

The Motion is deficient in that it fails to comply with several Local Bankruptcy Rules ("LBR") as follows:

- A certificate of service, including the specific information mandated by LBR 9013-3(e), does not accompany the Motion.

- The Motion is deficient in that it is not accompanied by the Official Form 20(A) notice prescribed by LBR 9013-1(a).

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

Copies to:

Melanie Barbeau, Debtor, 6120 Fireside Drive, Mason, OH 45040
Thomas R. Noland, Trustee, Fifth Third Center, 110 North Main Street, Suite 1520, Dayton, OH 45402
U.S. Attorney, Attn: Civil Process Clerk, 200 West Second Street, Room 602, Dayton, OH 45402
Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215

###